FILED
2019 MAY 22 PM 12: 10
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

JUDGE POLSTER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N D I C T M E N T</u> |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:19 CR 319 |
| | ) | Title 18, United States Code, |
| CHRISTOPHER M. WILSON, | ) | Sections 922(g)(1), 924(a)(2), |
| | ) | and 924(c)(1)(A)(i); Title 21, |
| Defendant. | ) | United States Code, Sections |
| | | 841(a)(1) and (b)(1)(B) |

<u>COUNT 1</u>
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about January 7, 2019, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER M. WILSON possessed a firearm and ammunition, to wit: a loaded Ruger model 22/45, .22 caliber pistol, bearing serial number 220-30739, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, in case number 2003-12-3824, in the Summit County, Ohio, Court of Common Pleas, on or about February 23, 2004; Robbery, in case number 2005-07-2639, in the Summit County, Ohio, Court of Common Pleas, on or about September 28, 2005; Illegal Assembly or Possession of Chemicals for the Manufacture of Drugs, in case number 2013-03-0718, in the Summit County, Ohio, Court of Common Pleas, on or about August 1, 2013; and Aggravated Possession of Drugs and Possession of Heroin, in case number 2017-10-3552-A, in the Summit County, Ohio, Court of Common Pleas, on or about June 13, 2018, and did so knowingly, said firearm

and ammunition having been previously shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about January 7, 2019, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER M. WILSON did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about January 7, 2019, in the Northern District of Ohio, Eastern Division, Defendant CHRISTOPHER M. WILSON did knowingly possess a firearm, specifically a Ruger model 22/45, .22 caliber pistol, bearing serial number 220-30739, and ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant

CHRISTOPHER M. WILSON shall forfeit to the United States any and all property (including the firearm) involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.